**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

FILED

2003 OCT 27  P 5: 22

| | | |
|---|---|---|
| Felix Montanez | : | |
| v. | : | Prisoner Civil No. 3:02cv2308 |
| V. Shivy  Et Al | : | (CFD)  (WIG) |
| | : | October 13th, 2003 |

## MOTION TO COMPEL UNITED STATES
## MARSHALL TO SERVE   COMPLAINT

Pursuant to Federal Rules, Plaintiff moves for an order

compelling a United States Marshall to make service upon Defendant(s)

V. Shivy per United States Magistrate Judge, Holly B. Fitzsimmons,

ORDER of April 15th, 2003.

Respectfully Submitted
Plaintiff

Felix Montanez #121090
900 Highland Ave.
Cheshire, CT  06410

**ORDER**

After having been considered by the Court, it is hereby

ORDERED:

GRANTED/DENIED

By The Court

_____          _____
Judge/Clerk                          Date