UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Felix Montanez        :

v.                    :     Prisoner Civil No. 3:02cv2308

V. Shivy Et Al        :     (CFD)  (WIG)

                      :     October 13th, 2003

BRIEF IN SUPPORT OF MOTION
TO COMPEL

Statement of the Cause.

This is a §1983 action filed by a State prisoner at Cheshire Prison Seeking damages, a declaratory judgement, and conjunctive relief based on the denial of medical care.

Statement of Facts.

On April 15th, 2003, Plaintiff was granted in forma pauperis status and for a United STates Marshall to effectuate service upon Defendants in there individual and official capacities however, to date Defendants Shivy has not been served.

Plaintiff wrote the FEderal Clerk and Defendant, Connecticut Atty. General, regarding service, or the lack there of however, to-date neither has responded to Plaintiffs efforts to resolve this problem.

(See Plaintiffs Affidavit, par. 2)

## ARGUMENT

Plaintiff filed all forms and documents timely as ordered by the Court, Fitzsimmons. J.

Furthermore, Plaintiff sent letters to Defendants and The FEderal Clerk inquiring as to the service of his Complaint which go unanswered to-date.

Because Plaintiff is indigent he cannot effectuate service upon Defendants with-out this Courts order compelling a U.S. Marshal to make such service and with-out said service, Plaintiff is denied access to the Courts.

## CONCLUSION

For the foregoing reasons, the Court should grant Plaintiffs' Motion to Compel service.

Respectfully Submitted
Plaintiff

Felix Montanez #121090
900 Highland Ave.
Cheshire, CT  06410

## CERTIFICATION

I certify that a copy of the foregoing was mailed to Connecticut Atty. General 55 Elm Street, HArtford, CT 06105 on this October 18th, 2003.

Plaintiff

*[signature]*
Felix Montanez

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FELIX MONTANEZ

v.

V. SHIVY

PRISONER
Case No. 3:02CV2308 (CFD) (WIG)

ORDER

Plaintiff's Application To Proceed In Forma Pauperis having been granted, plaintiff is directed to complete the enclosed 285 U.S. Marshal service forms. Plaintiff is directed to complete one form to be served on defendant Shivy c/o Attorney General to be used to serve defendant Shivy in his official capacity. The address for the Attorney General is 55 Elm Street, Hartford, CT 06105. The plaintiff is also directed to complete one 285 form for defendant Shivy in his individual capacity.

In addition, the plaintiff shall also complete ONE Notice of Lawsuit and Waiver of Service of Summons form and ONE Waiver of Service of Summons form for defendant Shivy in his individual capacity and ONE Notice of Lawsuit and Waiver of Service of Summons form and ONE Waiver of Service of Summons form for defendant Shivy in his official capacity.

Plaintiff shall complete and return the enclosed forms within twenty days of the date of this order. Plaintiff is cautioned that failure to return the forms in a timely manner to the Clerk at 915 Lafayette Boulevard, Bridgeport, CT 06604, may result in the dismissal of this case as to any defendant for whom a form is not returned, without

prejudice and without further notice from this court.

Upon receipt of the Marshal forms, the Clerk is directed to forward the appropriate papers to the U.S. Marshal. The U.S. Marshal is directed to serve the complaint on defendant Shivy in his individual and official capacities and to file a return of service for this defendant on or before **July 10, 2003**.

*[handwritten: Default Failure to plead]* Defendant Shivy is hereby ordered to file an appearance within **sixty (60)** days from the date he signs a waiver of service of summons.

SO ORDERED.

Entered in Bridgeport, Connecticut, this __15__ of April, 2003

_____
Holly B. Fitzsimmons
United States Magistrate Judge

Exhibit 13

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2003 JUL 29 P 2:43

US DISTRICT COURT
BRIDGEPORT CT

Felix Montanez     :     Case No. 3:02CV2308(CFD)(WIG)

v.                 :

V. Shivy           :     July 27th, 2003

## MOTION FOR DEFAULT FOR FAILURE TO APPEAR

...nt to Rule 5 and C.G.S. § 52-84 Plaintiff herein moves that

...e entered against Defendant, V. Shivy, for failure to

appearance.

The Plaintiff

Felix Montanez # 121090
900 Highland Ave.
Cheshire, CT  06410

### ORDER

...oregoing Motion having been presented to the Court, it is

...ERED that a default be entered against the Defendant,

By The Court: _____

Clerk/Judge            Date

8/11/03 3:02cv2308 (CFD)(WIG)
Motion for Default for Failure to Appear [doc. #10] is DENIED. There is no indication in the court file that defendant Shivy has been served with a copy of the complaint. SO ORDERED.

William I. Garfinkel
United States Magistrate Judge

FILED 2003 AUG 11 P 1:42

August 23rd, 2003

Felix Montanez #121090
900 Highland Ave.
Cheshire, CT  06410

Connecticut Attorney General
55 Elm Street, Hartford, CT  06105

Re: Montanez v. Shivy No. 3:02CV2308 (CFD) (WIG)

Dear Att. General;

    I filed a complaint in Federal Court on December 2002.

    April 15th, 2003, United States Magistrate Judge Fitzsimmons ordered service to be made to your office by way of "Notice of Law Suit and Request for Waiver of Service of Summons.

    To date there is no indication that Defendant Shivy or your office was served.

    Please send me, and the Federal Court Clerk at, 915 Lafayette Blvd. Bridgeport CT  06604, Conformation of said service with in 10 days or I will take appropriate steps to effect formal service authorized by Federal Rules, and then will ask the Court to require you to pay full costs of said service.

    Thank you for your time,. I look forward to hearing from you.

                                               Respectfully

                                              Felix Montanez

"mail on 8-26-03"

United States District Court
District of Connecticut

Felix Montanez        :    PRISONER
                           No. 3:02CV2308 (CFD)(WIG)
v.                    :

V. Shivy              :    August 23rd, 2003

TO: Kevin F. Rowe, Clerk

FROM: Felix Montanez

Dear Clerk,

On April 15th, 2003, Magistrate Judge Fitzsimmons ordered service be made on Defendants.

July 27th, 2003, I filed a Motion for Default for failure to appear.

August 11th, 2003, Magistrate Judge Garfinkel denied said Motion because there was no indication in the Court file that Defendant shivy was served.

Please tell me if the U.S. Marshalls made service upon Defendant yet.

Thank you for your time, I look forward to hearing from you.

Respectfully

Felix Montanez.