UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 OCT 27 P 5:22

Felix Montanez       :

v.                   :       Prisoner Civil No. 3:02cv2308

V. Shivy Et Al       :

                     :       October 13th, 2003

AFFIDAVIT IN SUPPORT OF
MOTION TO COMPEL

State of Connecticut

County of New Haven

Felix Montanez, being duly sworn, deposes and says:

1) I am the Plaintiff in this case. I make this affidavit in support of my motion to compel service upon defendants.

2) April 15th, 2003, The Honorable United States Magistrate Judge, Holly B. Fitzsimmons, ordered that:

   a) Plaintiff may proceed in forma pauperis:

   b) Plaintiff complete Marshall service forms:

   c) Plaintiff complete Notice of lawsuit and waiver of service of summons form and a service of summons form for Defendants Shivy etc. . . .

                                        (See Exhibit A)

3)   I completed all specified forms and mailed them back to the clerk at 915 Lafayette Blvd. Bridgeport, CT 06604, with-in 12 days of April 15th, 2003.

4)   The Court then directed the clerk to forward the appropriate papers to the United States Marshal.

5)   The Court further directed said MArshal to serve the Complaint on Defendant Shivy in his individual and official capacities, and to file a return of service for this Defendant before July 10th, 2003.

6)   Defendant Shivy is ordered to file an appearance with-in 60 days from the date he signed the waiver of service of summons. (Exhibit A)

7)   July 27th, 2003, Plaintiff moved for Default for Defendants failure to file an appearance per the Courts order of April 15th, 2003.   (Exhibit B)

8)   August 11th, 2003, the Honorable United States Magistrate Judge, William I. Garfinkel, denied My Motion for Default because Defendant Shivy has not been served with a copy of the Complaint.

9)   April 23rd, 2003, I wrote the Connecticut Atty. General's office requesting them to conferm or deny if they, or Shivy was served, and that if I do not hear from them with in 10 days, I would take steps to effect formal service at there expense.
(Exhibit C)

   To date I've not heard from the Atty. General.

10) April 27th, 2003, I wrote Clerk Keven Rowe, inquiring if the United States Marshals made service or not, however, to date, the clerk has not responded.
(Exhibit D)

11) I now file the instant Motion to Compel in hopes that Defendants may be served forthwith.

WHEREFORE, Plaintiff requests this Honorable Court grant this Motion in all respects.

Plaintiff

*[signature]*
Felix Montanez #121090
900 Highland Ave.
Cheshire, CT  06410

Pursuant to 28 united STates Code §1746 I, Felix Montanez swear or affirm under penalty of perjury that the above Affidavit is true, accurate and correct to the best of my knowledge and belief.

Executed at Cheshire on this 20th day of October, 2003.

Plaintiff,

_____
Felix Montanez #121090
900 Highland Ave.
Cheshire, CT  06410