UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FELIX MONTANEZ

    V.                              PRISONER
                                  CASE NO. 3:02V2308 (CFD) (WIG)

V. SHIVY

**RULING AND ORDER**

The plaintiff is seeking an appointment of pro bono counsel in this action pursuant to 28 U.S.C. § 1915. The Second Circuit has made clear that before an appointment is even considered, the indigent person must demonstrate that he is unable to obtain counsel. See Hodge v. Police Officers, 802 F.2d 58, 61 (2d Cir. 1986), cert. denied, 502 U.S. 996 (1991). The plaintiff has made sufficient attempts to obtain the assistance of counsel with respect to this case. He does not indicate that he has made any attempts to contact the Inmates' Legal Assistance Program with respect to any questions he might have concerning the litigation of this case. Although Inmates' Legal Assistance may not be able to represent the plaintiff in this action, the program may be able to assist the plaintiff in answering questions concerning discovery issues, researching legal issues and drafting motions and memoranda. Accordingly, plaintiff's Motion for

Appointment of Counsel **[doc. #11]** is **DENIED** without prejudice. Any renewal of a motion for appointment of counsel shall be accompanied by a summary of the plaintiff's attempts to obtain legal assistance from the Inmates' Legal Assistance Program. The summary of attempts to obtain legal assistance should include the reasons why assistance was unavailable.

The plaintiff's Motion to Compel the United States Marshal to Serve the Complaint **[doc. # 14]** is **GRANTED**. The United States Marshal is directed to personally serve the complaint on Dr. Victor Shivy at Cheshire Correctional Institution, 900 Highland Avenue, Cheshire, Connecticut on or before **February 4, 2004** and to file a return of service with the court.

SO ORDERED this the 16th day of January, 2004 at Bridgeport, Connecticut.

*/S/William I. Garfinkel*
U.S. Magistrate Judge