FILED

2004 FEB -3 P 12: 32

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FELIX MONTANEZ | : | PRISONER |
| *Plaintiff,* | : | NO. 3:02CV2308(CFD)(WIG) |
| | : | |
| VS. | : | |
| | : | |
| VICTOR SHIVY, ET AL. | : | |
| *Defendants.* | : | FEBRUARY 2, 2004 |

## APPEARANCE

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

**PLEASE ENTER MY APPEARANCE** on behalf of the defendants, in regards to the

above entitled matter.

Dated at Hartford, Connecticut, this 2nd day of February, 2003.

DEFENDANTS,
Victor Shivy, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:

Kathleen A. Keating
Assistant Attorney General
Federal Bar No. ct421684
110 Sherman Street
Hartford, CT 06141-0120
Telephone No.: (860) 808-5050
Fax No. (860) 808-5591
E-Mail: kathleen.keating@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid

this 2nd day of February, 2004, to:


Felix Montanez, Inmate No.121090
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT  06410


Kathleen A. Keating
Assistant Attorney General