UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FELIX MONTANEZ | : | PRISONER |
| *Plaintiff,* | : | 3:02CV02308(CFD)(WIG) |
| | : | |
| VS. | : | |
| | : | |
| VICTOR SHIVY, *Dentist* | : | |
| *Defendant* | : | MARCH 25, 2004 |

## MOTION FOR EXTENSION OF TIME

The defendant in the above-entitled matter hereby, by and through the undersigned counsel and pursuant to Local Rule 9(d) and Federal Rule of Civil Procedure 12, respectfully move for a 60 day extension of time within which to file an answer or otherwise respond to plaintiff's Complaint, up to and including May 25, 2004. In support of this motion, the defendants represent the following:

1. The schedule of undersigned counsel has been extremely hectic as she is new to this office, as she is defending the State in numerous other matters demanding her attention, and as she is beginning a trial, which is expected to last at least one week, on May 3, 2004 before the Honorable Stephan R. Underhill, United States District Court, District of Connecticut, Bridgeport;

2. This complaint contains complex factual and legal allegations;

3. Additional time is necessary in order for the defendant to review the complaint and pertinent documents in order to prepare an appropriate responsive pleading;

4.  This is the first motion for an extension of time in this matter as to a responsive pleading; and,

5.  The undersigned counsel has not contacted counsel for the plaintiff to determine the plaintiff's position with regard to this motion, since the plaintiff is pro se and is an inmate currently confined to Carl Robinson Correctional Institution.

        DEFENDANT,
        Victor Shivy, Dentist

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL

BY: /s/_____
        Kathleen A. Keating
        Assistant Attorney General
        Federal Bar No. ct25247
        110 Sherman Street
        Hartford, CT  06105
        Telephone:  (860) 808-5450
        E-mail: kathleen.keating@po.state.ct.us

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid, this 25th day of March 2004, to:

Felix Montanez  
Inmate # 121090  
Carl Robinson Correctional Institution  
285 Shaker Road, P.O. Box 1400  
Enfield, CT  06082

                                                                    /s/_____  
                                                                     Kathleen A. Keating  
                                                                     Assistant Attorney General