UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FELIX MONTANEZ | : | PRISONER |
| *Plaintiff,* | : | 3:02CV02308(CFD)(WIG) |
| | : | |
| VS. | : | |
| | : | |
| VICTOR SHIVY, *Dentist* | : | |
| *Defendant* | : | MAY 20, 2004 |

## **MOTION TO DISMISS**

Pursuant to F.R.C.P. Rule 12(b), the defendant respectfully moves to dismiss the plaintiff's complaint.  The *pro se* inmate plaintiff sues the defendant, Dr. Victor Shivy, a dentist employed by the State of Connecticut Department of Correction, pursuant to Title 42 USC § 1983, apparently alleging that the defendant violated his rights under the Eighth Amendment to the United States Constitution.  Specifically, the plaintiff appears to allege that the defendant demonstrated deliberate indifference to the plaintiff's medical needs by failing to provide adequate dental care, namely the defendant failed to extract the correct tooth (the painful tooth), extracted the wrong tooth (which was actually a crowned tooth and post), and failed to provide adequate follow-up care, all of which caused the plaintiff physical pain.  The plaintiff also sues the defendant for medical malpractice and negligence.  The plaintiff sues the defendant in both his individual and official capacities.  The plaintiff seems to seek declaratory relief, such as a declaratory judgment stating that the defendant violated the plaintiff's rights under the Eighth Amendment, and that the defendant committed medical malpractice and was negligent with respect to the dental care he provided the plaintiff.  The plaintiff also seems to seek injunctive relief, such as adequate dental treatment, and compensatory and punitive money damages.

The defendant contends that there is no legal merit to the plaintiff's claims, as they are barred by the Eleventh Amendment, the defendant is entitled to sovereign immunity, statutory immunity and qualified immunity, and the plaintiff has failed to exhaust his administrative remedies. A memorandum of law in support of this motion is attached hereto.

        DEFENDANT
        Dr. Victor Shivy

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL

BY:_____/s/_____
        Kathleen A. Keating
        Assistant Attorney General
        Federal Bar No. ct25247
        110 Sherman Street
        Hartford, CT  06105
        Telephone:  (860) 808-5450
        Fax: (860) 808-5591
        E-mail:  kathleen.keating@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid, this 20th day of May, 2004, to:

Felix Montanez #121090
Carl Robinson Correctional Institution
285 Shaker Road, P.O. Box 1400
Enfield, CT  06082

        _____/s/_____
        Kathleen A. Keating
        Assistant Attorney General