JUN 7 2004

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 JUN 25 P 3:18

U.S. DISTRICT COURT
BRIDGEPORT, CONN

FELIX MONTANEZ,
    Plaintiff

vs.                      CASE NO: 3:02cv02308(CFD)(WIG)

VICTOR SHIVY, Dentist
    Defendant

## PLAINTIFF'S ANSWER TO THE DEFENDANT'S MOTION TO DISMISS

The Plaintiff first wishes to stipulate to the court that he now recognizes that his wishing to sue the Defendant for medical malpractice is, in fact a State action and not subject to §1983 and asks the court to separate that portion from the deliberate indifference and malicious intent of the Defendant's treatment of the Plaintiff.

The Defendant's action in failing to extract the correct tooth and to fail to do any follow up with proper medical care, is no different than an arrested person being beaten by the police authority when they are arrested, truly police brutality and then claim that the arrestee attempted to resist or to flee. In this case the Defendant acting as a Dentist, pulled the wrong tooth and did so with deliberate indifference and with malicious intent when, with reasonable knowledge should have recognized a tooth that had a crown and a post. A simple X-Ray would have shown that. The Plaintiff will explore through discovery if the Defendant

had a history of alcohol abuse and was in fact uner the influence at the time of treatment. The Plaintiff will also show that the attitude and mission statement of the Connecticut Department of Corrections is "We Don'T Care" and is subject to the standards of Title 42 U.S.C. §1983. Again the abuse of power as exampled by an officer beating an arrestee is no difference from the power exerted by the Defendant in his "trusted" position as a professional. THEREFORE, the Plaintiff herewith asks this court to dismiss the portion of his Petition that claims medical malpractice without prejudice and he will proceed at the State level and to not dismiss the cruel and unusual punishment exuded by the Defendant in his individual capacity and his action under the color of State Law in permantently injuring the Plaintiff.

Respectfully,
THE PLAINTIFF

*[signature]*
FELIX MONTANEZ, Pro-se
Carl Robinson C.I. #121090
P.O. Box 1400
Enfield, CT 06083

CERTIFICATION

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid this 1st day of June, 2004 to:

Kathleen A. Keating, Esq.
Asst. Attorney General
110 Sherman Street
Hartford, CT 06105

*[signature]* 6-23-04
Felix Montanez, Pro-Se
Carl Robinson C.I. #121090
P.O. Box 1400
Enfield, CT. 06083

- 2 -