```
                UNITED STATES DISTRICT COURT

                  DISTRICT OF CONNECTICUT




FELIX MONTANEZ


        V.                              PRISONER
                              CASE NO. 3:02V2308 (CFD) (WIG)

V. SHIVY
```

### RULING ON PENDING MOTION

The defendant seeks a sixty day extension of time to respond to plaintiff's complaint.  The Motion [**doc. # 20**] is **GRANTED** nunc pro tunc.

SO ORDERED at Bridgeport, Connecticut, this 3rd day of November, 2004.

<u>/s/ William I. Garfinkel</u>

William I. Garfinkel
United States Magistrate Judge