UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FELIX MONTANEZ,
    Plaintiff

v.                  CASE NO: 3:02cv02308(CFD)(WIG)

VICTOR SHIVY, Dentist
    Defendant

FILED 2005 JAN 25 P 2:51
U.S. DISTRICT COURT
BRIDGEPORT, CONN

## MOTION FOR SUMMARY JUDGMENT

The Plaintiff, FELIX MONTANEZ, hereby moves this Honorable Court to grant his Pro-se Motion for Summary Judgment.

The Defendant sought a sixty (60) day extension of time in which to respond to the Plaintiff's Complaint, which was granted on November 3rd, 2004 by United States Magistrate Judge, William I. Garfinkel.

That time having now passed, the Plaintiff asks for a Summary Judgment.

Dated at Enfield, Connecticut, this 18th day of January, 2005.

Respectfully,
THE PLAINTIFF

_____
FELIX MONTANEZ, Pro-se
Carl Robinson C.I. # 121090
P.O. Box 1400
Enfield, CT 06083

C E R T I F I C A T I O N

The Plaintiff herewith certifies that a copy of the foregoing Motion for Summary Judgment was sent, postage prepaid, this 18th day of January, 2005 to:

Kathleen A. Keating, Esq.
Asst. Attorney General
110 Sherman Street
Hartford, CT  06105

　　　　　　　　　　　　　　　/s/ Felix Montanez
　　　　　　　　　　　　　　　THE PLAINTIFF
　　　　　　　　　　　　　　　FELIX MONTANEZ, Pro-se
　　　　　　　　　　　　　　　Carl Robinson C.I.  # 121090
　　　　　　　　　　　　　　　P.O. Box 1400
　　　　　　　　　　　　　　　Enfield, CT 06083

- 2 -