HR401 REV.5/94
CONNECTICUT DEPARTMENT OF CORRECTION

**CLINICAL RECORD**

| INMATE NUMBER 121090 | DATE OF BIRTH 8-19-66 |
| INMATE NAME(LAST, FIRST, INITIAL) Montanez Felix | |
| SEX (M) F | RACE/ETHNIC B W (H) O | FACILITY CCIC |

| DATE/TIME | |
|---|---|
| (A) 4/23/02 956 A | S: "my Ear infection is here. I have the swelling to my face to the back of my face." — States unable to hear. States pain to ear. States tonsil & lymph node swell. Has not been able to eat. T- 97² P-84 R 16. Ear clear. No noticeable difference to throat. Swelling to lymph node ® side. Had similar problem before but was Root Canal problem. |
| (B) 4/23/02 10:20 | HIV⁺ ♂ ♀ c̄ c/o swelling of (L) jaw and submandibular area & pain. — O: Afebrile (+) mild swelling of submandibular area. Purulen ____ A: desire tooth pain. ST, ear discomfort. # jaw pain —— ? parotiditis I will order amylase & CBC — Start Cipro 500, one BID X 10d PTO is [illegible] on [illegible] |
| (C) 4/25/02 12 MN | S: "Pain & swelling (L) side of face" O: I/M present with complaints similar to above — Temp 97³ — Cipro hasn't come in A: Aft in comfort P: per order 500 mg of Cipro p.o. given now with 2 Tylenol 500 mg p.o. Stat & same dose for tomorrow AM given to I/m — need to check that Rx is delivered tomorrow — Dental referral made ———— J. Ballester LPN |
| 6/6/02 | ID nsg note: I/M seen in ID Clinic TODAY — AS [illegible] |

HR401 REV.5/94
CONNECTICUT DEPARTMENT OF CORRECTION

**CLINICAL RECORD**

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 121090 | 8-19-66 |

INMATE NAME(LAST, FIRST, INITIAL)
Montanez, Felix

| SEX | RACE/ETHNIC | FACILITY |
|---|---|---|
| (M)  F | B  W  (H)  O | CCIC |

| DATE/TIME | |
|---|---|
| (A) 6/22/02 2:30pm | S – "I need the wisdom tooth to be taken care of"<br>O – Has an Emergency grievance for dental. Seen at medical, stated wisdom tooth on lower left jaw, along w/ endema bothering him. Been through antibiotics, without help. Unable to take morning, has been on Tylenol – not ↓ pain. Requesting Extra strength Tylenol<br>A – 810 molar vs wisdom tooth ___<br>P – E.S. Tylenol, F/U c̄ Dentist ———— _signature_ |
| 6/27/02 | ID Nss note: I/M seen in ID Clinic today. Dr Dieckhaus D/C'd I/M's Heart meds @ this time — _signature_ |
| (B) 8/24/0 9:45 | Pt seen c̄ swelling y (L) ear –<br>+ fever. Trargus swollen.<br>no cellulitis –<br><br>Plan: Keflex<br>Pt has otit clo – h/o recent<br>___ – IVP normal<br>c̄ fails h/o calcium GA –<br>Pt to be seen 8/27/0<br>———— RICARDO RUIZ, M.D. |
| (C) 8/29/0 7:00 | Pt c̄ (L) ear warmth c̄<br>injury – center autdsx<br>———— RICARDO RUIZ, M.D. |

**APPENDIX B**
**INMATE GRIEVANCE PROCEDURE**
**INMATE SUMMARY**

> **What Is The Inmate Grievance Procedure (IGP)?**                (Reference A.D. 9.6)

The Inmate Grievance Procedure (IGP) provides inmates with the means to address their grievances about the Department of Correction to senior Department officials. Matters that are grievable, and those that are not grievable, are printed on the back of the grievance form. The complete procedures are contained in Administrative Directive 9.6, Inmate Grievances. Refer to it if you have any questions, or ask the Grievance Coordinator for a copy.

> **When Can You Use The Inmate Grievance Procedure?**                (Section 9)

If you have a problem, first try to resolve it by contacting your immediate supervisor or your counselor. If the problem can't be solved that way or you need a written response, use the Inmate Request System by sending a completed Inmate Request Form to the person (except the Unit Administrator) who can solve the problem. If that doesn't work, you can use the Inmate Grievance Procedure. Remember that you must try the Inmate Request System prior to using the Inmate Grievance Procedure.

> **How Does The Inmate Grievance Procedure Work?**                (Sections 9 and 10)

If your concern is grievable and you've tried the Inmate Request System without results, here's what to do:

1. Obtain a grievance form. If not readily available, contact the Grievance Coordinator.
2. Fill out the grievance form. The grievance must be filed within 30 days of the cause.
3. State your grievance clearly and simply and state what action would resolve your grievance.
4. Attach the completed Inmate Request Form.
5. Deposit your grievance in the Inmate Grievance Procedure box.
6. If you need help, ask a staff member for assistance.

> **What Happens Next?**                (Sections 7, 9, 10, and 11)

The Grievance Coordinator will collect the grievance from the box and determine if the subject of your grievance is grievable. If it is not, the grievance will be rejected. If the matter is grievable, it will be investigated to determine if your grievance should be denied, upheld, or if it can be resolved by mutual agreement. In any case, the Unit Administrator will notify you of the decision. The Unit Administrator has 30 days to respond from the time the grievance is received. If a remedy is justified, it will be a meaningful remedy.

36

> What If You're Not Satisfied?                                    (Sections 11, 12, 13, 15, 16, and 17)

The Unit Administrator is the Level 1 Review. If the grievance is rejected or denied at Level 1, you can appeal to Level 2. You have 5 days to appeal. Instructions for how to appeal are contained on the grievance form. There are a total of 3 levels. Not all grievances can be appealed to Level 3. Refer to the Inmate Grievance Procedure for the complete procedures about the levels and appeals.

> What About A Health Services Grievance?                          (Section 13)

If you have a grievance about health services, clearly mark it Health Services and deposit it in the Inmate Grievance Procedure/Health Services box. The Health Services Grievance Coordinator will pick up the grievance, and it will be processed through the Health Services chain of command.

> What If It's An Emergency?                                        (Section 18)

First, determine if it's really an emergency. The Inmate Grievance Procedure defines "emergency grievance" as: "A grievance processed by expedited methods to resolve an issue which presents: (1) a threat of death or injury; (2) a threat of disruption of facility operations; or (3) a need for prompt disposition because the time is lapsing when meaningful action or decision is possible." There are special rules for emergency grievances. Try to resolve the problem just as you would a regular grievance. If you can't get it resolved, you may file an emergency grievance. Use the Grievance Form. Mark it "Emergency" and give it to a staff member. Tell the staff member it's an emergency grievance. The response to an emergency grievance will be prompt -- 8 hours for a verbal response at Level 1. If you file an emergency grievance that is not in fact an emergency, it will be rejected. Check the Inmate Grievance Procedure for full details.

> Reprisal                                                         (Section 22)

No inmate shall suffer negative consequences such as denial or limitation of access to any privilege, service, or program either formally or informally for use of the Inmate Grievance Procedure, except that access to the Grievance Procedure for abuse or non-compliance may be limited.

> Abuse                                                            (Section 19)

Don't abuse the Grievance Procedure. If you do, your use of the Procedure may be limited. The Inmate Grievance Procedure lists the acts of abuse.

> What Can Be Grieved?                                             (Section 6)

This is a reprint of grievable and non-grievable matters from the Inmate Grievance Procedure (Administrative Directive 9.6, Inmate Grievances).

37

<u>RESOURCE LIST</u>

In an effort to answer your questions and resolve your problems, you are being provided the following list of who to contact for a specific problem. It is <u>not</u> helpful to address the same problem to six different staff members. That actually slows down the response time that a staff member may provide to problems that are within their individual control. It is also <u>not</u> necessary to file a grievance unless you have made an attempt to resolve the problem using the correct resources. In most cases your housing counselor can direct you to the proper resource.

| **PROBLEM** | **FIRST CONTACT FOR INFORMAL RESOLUTION** |
|---|---|
| 1. Property | Property Officer |
| 2. Housing Change | Captain's Office |
| 3. Job Change | Counselor Supervisor |
| 4. Classification Level, Furloughs TS, Halfway House, Transfers | Housing Unit Counselor |
| 5. Visiting List | Housing Unit Counselor |
| 6. Sentence Computation | Records |
| 7. Warrants or Cases Pending | Housing Unit Counselor |
| 8. Inmate Correspondence | Housing Unit Counselor |
| 9. Educational/Vocational Programs | School |
| 10. Staff Conduct | Shift Supervisor or Counselor Supervisor |
| 11. Inmate Conduct | Housing Unit Officers |
| 12. Medical Issues | Nursing Supervisor |
| 13. Food Concerns | Food Service Supervisor |
| 14. Laundry Issues | LPU |
| 15. Commissary | Commissary Operator |
| 16. Inmate Accounts | Write to Inmate Accounts |
| 17. Religious Issues | Chaplains' Office |
| 18. Gang Related Questions | SRG Coordinator |
| 19. Parole Issues | Parole Liaison |
| 20. Notary | Facility Notary |
| 21. DNA/Sex Offender Registration | DNA Coordinator |
| 22. Telephone Issues | Phone Coordinator |
| 23. Pardon Board (Applications) | Records |
| 24. Speedy Trial | Records |
| 25. Mail Issues | Mail Supervisor |
| 26. Inmate Pay | Work Supervisor |
| 27. Addiction Services | Addiction Svcs. Counselor or Counselor Supervisor |
| 28. Outside Clearance | Classification Counselor |

HR925 REV. 12/95
CONNECTICUT DEPARTMENT OF CORRECTION
**PHYSICIAN'S ORDERS**

*CHM*

| INMATE NUMBER 121090 | | DATE OF BIRTH 8/19/66 |
|---|---|---|
| INMATE NAME (LAST, FIRST, INITIAL) Montano, Felipe | | |
| SEX (M) F | RACE/ETHNIC B W (H) O | FACILITY CC82 |

INSTRUCTIONS FOR USE:  Physicians must sign name and title under each order.  Each order must be initialed in the space provided by the licensed nurse who transcribed the order.  Medications will be dispensed according to brands stocked in pharmacy.

| DRUG ALLERGIES / HYPERSENSITIVITY | PCN  Bactrim |
|---|---|

| Date | Time | ORDER / RATIONALE | Nurse's Signature and Title |
|---|---|---|---|
| 11/8/02 | 7:00 | ① Cipro 500 po BID x 14 days. | |
| | | ② AMVISOR HC 1% aqq & Gorolles PR BID x 30 days | |
| | | ③ Dexoral ↑ pu ↓ TID pm 6ww x 10 days | |
| | | ④ Metamucil ↑ pkt in 8 oz H₂O ↓ ed. x 6 months | RCumo RN 7 w note AS✓ℰ 11/8/02 12N |
| 11/29/02 | 1:25 | *CHM* Drxoral ↑ pu po BID po x 60 days Benadryl 25 po q6° x 20 days note 1/29/02 Nanophch RN 2 00 pm | |
| 12/4/02 | 7 PM | Dermatology consult possible. Melanoma beneath Lt ThumbNail Lindane apply below the neck wash off 12 hours later repeat in 1 week | RN 12/5/02 1200 |
| 12-7-02 | 11:23 p | Tylenol #3 T or II up to 3x day x 3 days prn TO Dr. Farrell / D Pucca | RN bud |
| 12/8/02 | 12:00 | Clindamycin 150mg ↑ po BID #10 | |

AUTHORIZATION IS HEREBY GIVEN TO DISPENSE THE MEDICATION EQUIVALENT
(UNDER THE D.O.C. FORMULARY SYSTEM) UNLESS THE PRODUCT  DESCRIBED IS CIRCLED.

*Please note that order from 11/29/02 TO 12/4/02 missing preparations. My shirt did not order the Lidex on extraction for 12/3/02.*

HR401 REV.5/94
CONNECTICUT DEPARTMENT OF CORRECTION

**CLINICAL RECORD**



| INMATE NUMBER 121090 | DATE OF BIRTH 8/9/66 |
| INMATE NAME(LAST, FIRST, INITIAL) Montane, Felix | |
| SEX (M) F | RACE/ETHNIC B W (H) O | FACILITY cc√2 |

| DATE/TIME | |
|---|---|
| 11/29/0 1:26pm | Pt c̄ do vash on legs + in groin (+) itch. |
| | (+) Erythematos lesin in groin - interstigen (+) small papular lesin in legs ext scansly scattered - few - erythato- |
| | (+) Dry skin - uses IVory soap |
| | # Dry skin c̄ lesin - ? r/t cold — Dove soap recommended — D/C IVory soap 8am < 5min |
| | # Smutt - Dryain |
| | I am not impressed c̄ lesin on ____ skin |
| | Beverly ___ Smith |
| 12/9/0 8.14 | Pt o dut & tang a tooth extraction (3 days ago — He states that after the anesthesia wore off — He noted the oral surgeon pulled the wrong tooth. Pt states his in a lot of pain. He was started on clindryphin / Tylenol # 3 are the weekend Pt. No curdence of Facial swell (+) UL2 wound - clean / dry / resily tender Tooth extraction Plan Centin Tylenol #3 prn Centin Clindamycin Oral Symical review. |
| 12/(?)/0 '05 | Pt ospd to treat t referred to dan ____ ures clean on Dam appd - pt understoods - + le split face ____ |

HR925 REV. 12/95
CONNECTICUT DEPARTMENT OF CORRECTION
**PHYSICIAN'S ORDERS**

| INMATE NUMBER | | DATE OF BIRTH |
|---|---|---|
| 121090 | | 8-19-66 |
| INMATE NAME (LAST, FIRST, INITIAL) | | |
| Montanez Felix | | |

| SEX | | RACE/ETHNIC | | | | FACILITY |
|---|---|---|---|---|---|---|
| (M) | F | B | W | (H) | O | |

**INSTRUCTIONS FOR USE:**   Physicians must sign name and title under each order.   Each order must be initialed in the space provided by the licensed nurse who transcribed the order.   Medications will be dispensed according to brands stocked in pharmacy.

## DRUG ALLERGIES / HYPERSENSITIVITY   PCN, Bactrim, Codene

| Date | Time | ORDER / RATIONALE | Nurse's Signature and Title |
|---|---|---|---|
| 12/9/02 | | ① Tylenol #3 ī tabs po TID prn x 5 days. | |
| | | ② Clindamyin 150 po qid x 10 day. | |
| 8.03 | | ③ Hydrocalm 1% to scalp B/D x 60 day | |
| | | ④ Baclomethasone valerate 0.05% apply | |
| | | to torso/elbows B/D x 60 days | |
| 12/9/02 | | ⑤ Cool Syp reord. | |
| | 12/9/02 | | |
| 12/8/02 9:32 PM | | △ Tylenol #3 ī, īī tabs po TID X 10 days PRN | |
| 12/17/02 9:50 12-17-02 9:45 | | Diclofat 50 mg ī po bid x 8 day  JOHN DUPONT, V... | |
| | | CBC + Platelets order | |
| | | form enclosed Prescr to Dan Kuf | |
| | | (extra dose) | Victor Slug |
| 1-13-03 9 PM | | D/C Benadryl | |
| | | T.O. Dr. Ruiz /E. Barstow CNA | |

AUTHORIZATION IS HEREBY GIVEN TO DISPENSE THE MEDICATION EQUIVALE
(UNDER THE D.O.C. FORMULARY SYSTEM) UNLESS THE PRODUCT  DESCRIBED IS

12-9-02

Since 1998, I been having problems, with a glowd at my left side Jaw. this Started at Mcdougall. C.I.
Medical procesures were done there, and, dental unit, help it for the period of one year.
On 1999, April, 24. I got to Cheshire, C.I. and A few months later I Started to have inflamation of the left side Again. I Complain, and tylenol was given by Medical Staff's.
Ever since then, I have been Complaining about my left side inflamation. to my infectious desease doctor, and to medical staff, and dental unit. Tylenol, motrim, Cipro, were there solution. even, they try to blame the problem on my Imune viral defenciency desease. the inflamation Accour const-anly. month-to-month. untill, the mid year of 2001, wen it Started to get wursly. dispise my efforts to recive a Solu-tion to end this problem. nothing done to me help me. it Just kept coming back. I then Started to ASK to be seen by A professional At uconn Medical center. Ans nothing was done for me. Instead, send to MY.I, were they keep an inmate in chains, chacle, while the dentist work in the mouth, and do As he pleases. but the reason for this explanation is to expose this case to the fullness, in the Court of law. And to pro-ve my case in front of this federal law, against the medical procisures that have cause me A great deal of pain and S-uffering in these past's week.
                — Case —

2 of 6

On 6-21-02. I File a Level 1st Grievance Form, For Health Emergency Due to a terrible left side pain and inflated gland on my Jaw.
This I send to Dental unit, following the procedures correct, that an inmate must follow in this institution.

On 6-27-02, Grievance Form was return to me, but no Apeal form Atach to it.
And it said: Disposition: "you have been placed on the oral Surgeon list for evaluation".

While the mean time, every week, my gland and left side of Jaw Kup gething worse.

On 10-26-02. I had to File another Grievance to the Dental unit again, because the terrible pain I've been suffering in my left Jaw, for nearly 3 1/2 yr. already.
So I File A Level #2 Grievance Form.
But I never was answere or Contact by no one From this institution, or Dental unit at M.Y.I.

There fore out of the blue on 12-3-02 I was call to see dental At M.Y.I.
& then explain to the Surgeon my pain, and told Him that I have a rootcanal - with silver crown on that side, and that the tooth before that one was hurting me.

he then sent A nurse with a papel to sign, and she ASD if I wanted to have the tooth pull-or (Extracted.) I said yes, because the suffering have been almost 3½ years.

the dentist, came, and injected me with Nova-caine, no Ex-ray was done to verify wich tooth was the correct one to pull. then, he cut my gum with a cutting surgical tool. and began his work. in seconds pieces were flying all over my mouth and the floor. I could feel, pieces near my throat.

then, he began to brutaly try to pull the post, that the root canal thooth have. and there he strugle with them to the point, that, he began to drill, butaly, to try to bring up the roots of that tooth. and he wasted A whole drill bit, and ASD the nurse for another one, and drilling, he began to use the drill tool, to presure the root out, and I could see smoke coming out my mouth, everyone in the hallway could smell the burnt bo-ne smoke as he brutaly, Jank, the drill, Fighting with the post of the root canal tooth.

I can only think one thing:? I hope he din't do what I think he did?

when he finish, my Jaw was lock, I couldn't even talk. I got back to my cell, and past out. on 12-4-02, I got up in the morning to pray like I allways do At 5:00 Am. —

And wen I went to wash my mouth, I notice that my silver crown root canal tooth was gone, and that the thooth that was giving me pain was still there, and hurting with tremendous pains.

I quigly made An Inmate request and send it to the Dental unit, stating "you pull the wrong tooth" and now I'm in terrible pain. please call me A.S.P. Cant wait, "is urgent".

On 12-5-02, the pain was gething bad, very bad, I told the medical lady Pat, and she gave me A couple Motrim 800mg for pain that night.

On 12-6-02 I complain again to medical unit, because I was having terrible pain by this time, my Area of Extraction, was red and infected, I've been badly bleeding puddles of blood for 2 days, and I needed Atention.

Then, medical unit here, send for me and, Ms, Sue, was very nice and gave me some Ibuprofen.

I took the medication, but by this time nothing was killing my pain. not Motrim, nothing.

On 12-7-02. I was Awake by A terrible and very painful pain, that got me right-up at 4:00Am. I had tears on my eyes, the pain took control of my whole side of the left eye, jaw and face. that pain was so bad I cry like

A little child. and thats wen I went to the CO of
that shift for help.
I ASK him for A couple of grievance Forms; And explain to
him the problem, he then help me.
4:35 AM

At that time, with pain and all I was so frustated by
the whole situation, that I began to write the 3# Grievance
Form against the medical negligence of the dental unit.

the C.O of the first Shift, Mr. Jones. was very helpful,
and took the grievance himself to medical. making sure
that the problem was handle promptly.

Because I made an "Emergency grievance" They had to reply
by 24 hrs.
in wich, they di'nt. I had to tell MS, G. 2nd shift C.O. to
call medical for me, 2 days in arow after I send the
grievance. because I was, and Still am AS I write today
12-9-02 1300pm in terrible pain and the Motrim and
Ibuprofen was having no effect soever on the pain.

I di'nt hear nothing, untill 12-8-02 8:00AM wen A nurse
call me with some Tylenol 3. and that Still do nothing for
my pain. then I went back to medical unit about 11:00AM
and was given 2 Tylenol 3. and on the night time, some clindam-
mycin HCl. Antiboitics.

on 12-9-02. Morning 8:00AM I was call to see the Doct Dr. Ruiz. And explain my pain and condition.

he then told me he will try to get hold of the Dentist and see what can be done.

the nurse gave me 2 Tylenol 3. and that was that.

? Whats the problem then? you may say.

I have A terrible pain, that nothing is Killing, the thooth that Should have been Extracted is loose and the roots from the left side inflated, Infection Is taken hold of my left gums. my heart is hurting, my liver is burning from so much med's. I havent been able to eat normaly and I have Short of breath and chest pain. but, no emergency procidures are being done. I'm still at my cell, in pain, And writting this Complaint.

I have suffer a terrible time, mentaly, emocionaly, Phisialy. and I'm ASKing this Court to Consider my Complaint As I'm requesting to File A Civil-rights law-suit of 1983.

Thanks you very much for listening to me.
Sincirs: Felix, Montanez.

## Consultation Form

The University of Connecticut Health Center
Correctional Managed Health Care

| Inmate #: | 121090 |
| Name: | Montanez, Felix |
| Date of Birth: | 8/19/1966 |
| Requesting Facility: | Cheshire |

**The CMHC URC Requests the Following Service:**

| | | | | UCHC TOO# | TOO870257 |
| ENT | Consult - Initial Visit | at | UCHC OPD | | |
| | | | | UR Record Number | 3 |

**CHIEF COMPLAINT:** ENT Disorder R/O          APPT DATE:

*HIV+ recurrent ("dozens") episodes sialadenitis with infections ~1994. Reports granular material drainage with bloody pus; not improved by hard sour candies or heat. Request ENT consult.*

ALLERGIES (circle) NKA  Yes (List:)_____          Diabetes (Circle): Yes  No

CMHC CLINICIAN SIGNATURE FOR RADIOLOGY SERVICES:

Brief Summary of Findings / Recommendations to UCHC CMHC URC and PCP:  H/O trauma to Ⓛ face as child

1998 swelling Ⓛ jaw — 10x over 3 months                 φ Δ c̄ eating
4 years - continuous        Now happening q 2-3 weeks        wakes up @ night c̄ pain
     under jaw            Can't move tongue well,           Occurred in middle of 10d course of Cipro
                          hard to swallow
               Stays 2-3 days, goes down slowly            φ tds currently
PE:  Ears - cl        (relief c̄ sour candy, massage,
Mouth                    ↑ H₂O)
   φ stones Ⓛ submand.                          PMH:  HIV ⊕
   φ enlargement                                All:  Pen/Bactrim/Iodeine
   φ masses

**Recommendations:**  Diagnostic/therapeutic procedures MUST be preauthorized and scheduled by CMHC UR Laboratory Testing is available at the DOC facility

Recurrent sialadenitis
   - Sialogram           - Massage                              if prev ✓
   - ↑ H₂O               - Heat                              do prev ✓
   - Lemon drops        - Schedule for surgical excision

| Suggested Follow-Up: Check One Only | ☐ With Facility: PCP, Dentist, Oral Sx, OBGYN, optometry | ☑ PRN or in ~____ months at the discretion of UR MD panel | ☐ In ~____ weeks or In ~____ months |

W GK MD                    FUNK              825-3041              10/15/03
Consultant Signature       PRINT Name        Beeper or Phone       Date

Attending Signature

URC USE ONLY: Preliminary Communication To Field Clinician Date: 10-16-03
Reviewer: ___5c___        ___Will schedule f/u at this time    ___Will not be scheduled at this time
Scheduled for UR MD Panel
URC USE ONLY: Final Review Communication of Physician Panel Review
(Date)_____        ___Will schedule F/U at this time    ___Will not schedule f/u at this

Reviewed by CMHC Field Clinician:    Name _____    Date/Time _____

12/22/2003 10:31 FAX 860 6791C   HEALTH INFO MGNT



# JOHN DEMPSEY HOSPITAL

## DISCHARGE SUMMARY

**Patient Name:** Felix Montanez
**Date of Birth:** 08/19/1966

**MRN:** 0000000T00870257
**Date of Admission:** 12/19/2003
**Date of Discharge:** 12/22/2003
**FSC:** 907

## HISTORY OF PRESENT ILLNESS

Mr. Montanez is a 37-year-old gentleman with an approximate 40 year history of recurrent infections of his left submandibular gland for which she was scheduled removal on 12/19/03.

## PAST MEDICAL HISTORY:

Otherwise significant for the fact that he is HIV positive which seems to be well-controlled with his medications.

## MEDICATIONS:

Medications include Navirapine, tenofovir, Ritonivir, Zithromax, multivitamin, docusate, atazanavir.

## ALLERGIES:

ALLERGIES ARE TO PENICILLIN AND CODEINE.

## HOSPITAL COURSE:

Mr. Montanez was taken to the operating room on 12/19/03 at which time he underwent excision of his left submandibular gland without any complication. He did have a short period of _____ spasm after extubation in the operating room, but seemed stable on transfer to the recovery room. Unfortunately in the recovery room he began to have desaturations into the low 90s and a chest x-ray was ordered which demonstrated bilateral lower lung field edema. Mr. Montanez was kept on oxygen and admitted to follow for exacerbation and resolution of this edema which is most likely post-obstructive pulmonary edema. Repeat x-ray in the morning on 12/20 revealed normal lung fields with no further edema. He was sitting well on room air at that time, tolerating a diet, and had no complaints. The Penrose drain that was left in place in his surgical wound was draining only a minimal amount of serosanguineous fluid. There is no erythema or swelling at the surgical site. Later that day he began to develop some complaints of dysphagia with solid foods and a feeling of foreign body in his throat. A flexible laryngoscopy was performed in the morning on 12/21 and this revealed a fairly moderate area of edema in the posterior supraglottis on the left side extending from midway back on the epiglottic fold and falx vocal cord back to include the arytenoid posteriorly on that left side. His airway was patent at that time. He was started on IV Decadron for three doses and IV clindamycin. He improved over the course of that day and by the morning of 12/22/03 when repeated flexible laryngoscopy was performed, the area had almost completely resolved. Mr. Montanez was felt stable for discharge back to his facility. He should continue on clindamycin 300 mg four times a day for seven days and may continue to use Vicodin as needed for pain. His sutures should be removed on 12/26/03 and he is to follow up in the ENT Clinic and Med-Surg 5 at UCONN in roughly two weeks.

*University of Connecticut Health System*
63 Farmington Avenue * Farmington, CT 06030
* An Equal Opportunity Employer *



**DISCHARGE DIAGNOSIS:**
1. Recurrent adenitis.
2. Post-obstructive pulmonary edema.
3. Supraglottic edema.
4. HIV positive.

2 of 2

**PRINCIPAL PROCEDURE:**
Excision of left submandibular gland on 12/19/03.

**CONDITION ON DISCHARGE:**
Stable.

_____     Date_____
                Jeffrey Spiro, MD
                Otolaryngologist

Signature by Attending Physician indicates that this report has been read and approved.

Dictated By: Kyle Mannion,MD(R)
TRID: 200312220358512400  DP: 12/22/2003 10:21  ): 12/22/2003 07:23  DT: 12/22/2003 10:18  TID: 15658

Exhibit #11

FELIX MONTANEZ 0000000T00870257
Page 2 of 2

HR401 REV.5/94
CONNECTICUT DEPARTMENT OF CORRECTION

**CLINICAL RECORD**

| INMATE NUMBER 121090 | DATE OF BIRTH 8/19/66 |
|---|---|

INMATE NAME(LAST, FIRST, INITIAL) MONTANEZ

| SEX (M) F | RACE/ETHNIC B W H O | FACILITY Call |

| DATE/TIME | |
|---|---|
| (A) 4/17/04 | S) "My neck is swollen again" |
| | O) c/o swollen neck x 3 days |
| 98? | — Has had chronic problem c̄ glands over past 3-5 years s/p surgery 12/03 on (L) submandible gland. — Has had many different TX's in past Re; swelling of neck. — Has been seen multiple X's — |
| | A/P ① Trial of Tylenol 650, PO fr Discomfort ② Ref H MD @ a PO fr TX Cooley |
| (B) 4/19/04 | (L) submandibular swelling |
| | • 5 years of (L) swelling • to Sp?8, ENT, UCHC performed excision 12/19/03 complicated by laryngospasm with ↓ O2 Sats. Penrose drain was placed. Postop swelling required decadron, clindamycin • Followup POD #19 — no nerve damage • Couple later, no swelling at all • NO PATH REPORT IN CHART • VERBAL REPORT (I called) — SEROMUCINOUS SALIVARY GLAND WITH CYSTIC CHANGES AND EVIDENCE OF CHRONIC INFLAMMATION. SOME MYOEPITHELIAL ISLANDS. NO MALIGNANCY |
| | EXAM NOW 96⁸ POST PHARYNX OK NO DENTAL COMPLAINT 3 FB FIRM, SL INFLAMED, MOVEABLE MASS DEFINITELY BELOW ANGLE OF MANDIBLE |

HR202 REV6/02
CONNECTICUT DEPARTMENT OF CORRECTION
UNIVERSITY OF CONNECTICUT HEALTH CENTER
CORRECTIONAL MANAGED HEALTH CARE

**UTILIZATION REVIEW REQUEST**

| INMATE NUMBER 121090 | DATE OF BIRTH 8-19-66 |
|---|---|
| INMATE NAME (LAST, FIRST, INITIAL) MONTANEZ, FELIX | |
| SEX Ⓜ F | RACE/ETHNIC B W Ⓗ O | FACILITY CRUA |

---

| **SECTION I: TO BE COMPLETED BY REQUESTING CLINICIAN** | **REQUEST PRIORITY** |
|---|---|

1. Requested Specialty Health Services Consultation/Procedure/Diagnostic Study

   CT (L) NECK

   REQUEST PRIORITY
   - O Emergency
   - O Urgent (<72 hours)
   - O Expedite (<2 weeks)
   - ◉ Routine (30-60 days)
   - O Discretionary (F/U >60 days)

2. Method of Intended Transport: **CDOC:** O Vehicle    O Wheelchair Van
   **Community:** O Ambulance    O Wheelchair Van

3. History of Presenting Issue:
   - O Pre-incarceration Issue: Date of Event:_____    Community Provider:_____
   - ◉ Diagnosed During This Incarceration: Date of Diagnosis:_____
   - O Issue Secondary to Trauma: O Accident   O Altercation   O Assault   O Self-Inflicted   O Sports

4. Differential Diagnosis: CYSTIC PAROTID VS TUMOR VS ABSCESS

5. Supporting Information: (include signs, symptoms, and examination data)
   (L) FACIAL SWELLING X 4 YRS. HIV ⊕. EVENTUALLY EXCISIONAL BIOPSY BY DR SPIRO AT UCONN 12/19/03. PATH SHOWED ULCEROUS INFLAMMED CYSTIC PAROTID GLAND ē MALIGNANCY. 6 WKS POST-OP - NO MASS. NOW 3FB, INFLAMMED, MASS HAS RETURNED. NEEDS CT TO RE-EVALUATE

| Requesting Clinician Signature/Title: | Date/Time: 4/19/04 |
|---|---|
| Faxed to UR by (Signature/Title) | Date/Time: 4/19/04 @ 10³⁰ |

| **SECTION II: TO BE COMPLETED BY UTILIZATION REVIEW UNIT** |
|---|

☐ **INSUFFICIENT CLINICAL INFORMATION TO CONDUCT REVIEW**

☐ **LACK:** ☐ Objective Exam ☐ Labs ☐ X-rays ☐ MIR ☐ MAR ☐ ER Tx ☐ Other:_____ Provide by:____

☐ Phone&/or Email Notification to H.S.A.:_____(Date/Time):_____ by (URNC initials):_____

   Returned via fax to clinician & H.S.A. (UR Staff Initials):_____    (Date/Time):_____

☐ **APPROVED**, Referral for _____ to be scheduled on/after:_____

   If more than one visit pre-authorized, number of follow-up appointments approved:

   **SERVICE TO BE SCHEDULED AT:** ☐ UCHC ☐ CDOC Facility (List):_____ ☐ OTHER (List):____

☐ **NOT APPROVED**    ☐ Level of care available in the facility   ☐ Other (List):_____

Faxed to Facility by UR Staff Signature/Title:_____    Date/Time:_____

| **SECTION III: UR DETERMINATION MUST BE REVIEWED/SIGNED BY FACILITY CLINICIAN** |
|---|

Reviewing Facility Clinician Signature/Title:_____    Date/Time:_____

| **SECTION IV: TO BE COMPLETED BY APPELLANT (Initiate Within 14 business days of receipt of Determination)** |
|---|

☐ Request to Initiate Appeal
   Appellant Clinician (Signature/Title):_____    Date/Time:_____

   Faxed to UR by ( Signature/Title):_____    Date/Time:_____

| PATIENT'S NAME (Last, First, Middle) | | SEX | BIRTH DATE | ADMISSION DATE | DISCHARGE DATE |
|---|---|---|---|---|---|
| Montanez Felix | | M | 8/9/66 | | |

**PATIENT'S HOME ADDRESS** (No. and Street, Town or City, State, Zip Code): PO Box 1500
HOME PHONE NO. | MARITAL STATUS | RELIGION

**RESPONSIBLE PERSON OR AGENCY** (Name and Address): CRCI
TELEPHONE NO.

**REFERRED BY** (Name and Address of Facility or Agency): | CONTACT PERSON OR UNIT | TELEPHONE NO.

**REFERRED TO** (Name and Address of Facility or Agency): | CONTACT PERSON OR UNIT | TELEPHONE NO.

**FOLLOW-UP BY** (Name and Address of Physician or Clinic):
1.
2.
TELEPHONE NO. | DATE OF NEXT APPOINTMENT

| MEDICAL RECORD NO. | MEDICARE NO. | SOCIAL SECURITY NO. | DEPT. OF SOCIAL SERVICES NO. | OTHER |
|---|---|---|---|---|

**PERTINENT HISTORY** (Include dates of diagnosis and problems) AND PLAN OF CARE (Include treatment, diet, activity permitted)

HIV +

5 yr hx - Recurrent Sialodenitis (excised submandibular gland) 12/03
— Present — Has inflamed mass to (L) mandibular area.

URC Recommends transfer to infirmary for IV ABX
& IV hydration —

Dr Gittis paged — Discussed case c̄ MD & OK'd to transfer. — Dr Blanchette paged — Authorized transfer. — ① Pod management called.
② entered into CMRS sys.
③ Hosp III notified of transfer
④ Start IV clindamycin 600; q6° x/od.     Dr Gittis

| MEDICATIONS (Drug, Strength, Mode) | FREQUENCY | LAST GIVEN | MEDICATIONS (Drug, Strength, Mode) | FREQUENCY | LAST GIVEN |
|---|---|---|---|---|---|
| 1. Prevacid 30; PO qd | | exp 10/3/04 | 2. Clindamycin 600; (IV) | q6° x 10 day | |
| 3. Lexiva 700; PO BID | | 10mg 10/7/04 | 4. | | |
| 5. Norvir 100; PO BID | | | 6. Mitran 800; PO TID x 10d | | |
| 7. BMTRIVA 200; PO qd | | | 8. 7 Salmon Virmap | | |

**ALLERGIES** PCN / Bactrim     ① (Kap)
**DIAGNOSIS GIVEN** | EXPLAINED TO ☑ Patient ☐ Family | PROGNOSIS | EXPLAINED TO ☐ Patient ☐ Family

**THERAPEUTIC GOALS** (Viread)

| PATIENT SERV. START DATE | SERVICES REQUESTED ☐ Nursing ☐ Occ. therapy ☐ Speech therapy ☐ Physical therapy ☐ H.H. aide ☐ Social work ☐ Other (specify) |
|---|---|

**TREATMENT FOR CONDITION FOR WHICH PATIENT WAS HOSPITALIZED** (If NO explain)
☐ Yes   ☐ No
**PATIENT ESSENTIALLY HOMEBOUND** ☐ Yes   ☐ No

**I HEREBY CERTIFY THAT THE ABOVE SERVICES SHOULD BE PROVIDED BY**
☐ Acute Hosp.  ☐ Chronic Hosp.  ☐ NF  ☐ Home Health Agy.  ☐ Rehab. Center
SIGNED (Physician): _____     DATE SIGNED 4/24/04



Exhibit
$\mathrm{II}$ 5