UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2006 FEB -9 P 4: 32
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Felix Montanez
Plaintiff

-v-

V. Shivy
Defendant

case no. 302cv02308(cfd)(wig)

## MOTIN FOR SUMMARY JUDGMENT FOR DEFAULT

The plaintiff, Felix Montanez, hereby moves this Honorable court to grant his pro-se motion for summary Judgment. The Defendant sought a sixty (60) day extension of time in which to respond to plaintiffs complaint, which was then granted on November 3rd 2004. By united States magistrate Judge, William I. Garfinkel.

Then on May 21, 2004 defendant filed a motion to dismiss the complaint. Which was granted in part and denied in part on the 11th day of February, 2005. At Hartford, Ct. by Judge, Christopher F. Droney.

Plaintiff, Montanez. Filed a response to U.S. court ruling of 11th day of February, 2005. On March 03, 2005. and on the 11th day of August, 2005 the U.S. magistrate Judge enter the ruling on said respond with a first scheduling order filed, on 08/11/2005.

Pursuant to rule16© section #1. of the federal rules of civil procedure it was ordered that defendant shall file any motions to dismiss for failure to state a claim under fed. R.civ. P 12(b)(6), or motion to dismiss as frivolous under Title 28 U.S.C. section 1915(c), or answer or other reply within 20 day of the date of this order, 8/11/2005.
On which a failure to respond to the complaint in a timely manner will result in the entry of default for failure to plead.

## FACT'S

The Plaintiff, Montanez, having giving plenty of time to the Defendant's, states that time having now passed, the Plaintiff asks for a summary Judgment, for Default and failure to plead, to be granted and entered against the Defendant, by court
Dated at Bridgeport. CT. this 3rd day of February 2006

The Plaintiff

Felix Montanez, pro -se
140 Noble Ave.
Bridgeport, Ct. 06608

CERTIFICATION

The plaintiff here with certifies that a copy of the foregoing motion for summary judgment for default, was sent, postage prepaid, This 3RD day of February, 2006.

TO:
    United States District Court
        U.S. court house
  915 Lafayette Boulevard
    Bridgeport, Connecticut. 06604

                    And To:

                Kathleen A. Keating, Esq.
                Asst. Attorney General
                110 Sherman street
                Hartford, Ct. 06105

                        *[signature]*
                        The plaintiff
                        Felix Montanez, pro-se
                        Helping Hand Center
                        140 Noble Ave.
                        Bridgeport, Ct. 06608