UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FELIX MONTANEZ | : | PRISONER. |
| V. | : | CIVIL NO. 3:02CV2308 (CFD) |
| V. SHIVY | : | |
| | | FEBRUARY 14, 2006 |

## APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter our appearance as counsel for the defendant, V. Shivy, in the above-captioned case.

Dated at Hartford, Connecticut, this 14th day of February, 2006.

        DEFENDANT
        V. SHIVY

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL

        BY:__/s/_____
        Henri Alexandre
        Assistant Attorney General
        110 Sherman Street
        Hartford, CT  06105
        Tel:  (860) 808-5450
        E-Mail:  Henri.alexandre@po.state.ct.us
        Federal Bar #ct05412

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 14th day of February 2006:

Felix Montanez
140 Noble Ave.
Bridgeport, CT  06608

   /s/_____
Henri Alexandre
Assistant Attorney General