UNITED STATES DISTRICT COURT
DISTIRCT OF CONNECTICUT

FILED
2006 FEB 21  P 12: 05
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Felix Montanez
Plaintiff

V. Shiny
Defendant
February 16, 2006

PRISONER
case no 3:02 cv02308(CFD) (WIG)

In answer to motion to revise scheduling order

The plaintiff Mr. Montanez, moves that Defendant motion be Denied. The plaintiff states as follows in support to his answer:

1- Accordingly to Federal rules defendant can only use three times the 60.days extension.

2- And Defendant have use all three.

3- Plaintiff, Mr. Montanez. Just came out of a second surgery on his left side of Jaw and neck.(see exhibit) AND SURELY MORE SURGERY WILL BE NECESSARY.

Discussion

Since December 3, 2002. The Defendant failed to provide correct protocol, making a serious error, creating more serious medical and dental problems by his deliberate indifference to the patient Mr. Montanez, health and well being. While Plaintiff been summated to two surgery's already, the office of Assistant Attorneys General have not responded to the reality of this case, and have use all three 60 days extension hence, their "we don't care" attitude. Are asking for more time.

CONCLUSION

Therefore the plaintiff prays this Honorable Court will find the defendant liable for failure to make to make the proper and correct diagnosis, with sufficient scienter and conduct and by so doing, put the plaintiff Montanez life at risk, and by disregarding proper protocol acted in a reckless manner. Therefore the plaintiff prays this Honorable Court to Denied Defendant's Motion to revise. And to enter a plea.

<u>Respectfully</u>

<u>The Plaintiff.</u>

Felix Montanez, Pro-se
Helping Hands Center
140 Noble Ave.
Bridgeport. CT. 06608

## CERTIFICATION

The plaintiff here with certifies that a copy of the foregoing motion for summary judgment for default, was sent, postage prepaid, This 16, day of February, 2006.

TO:

    United States District Court
        U.S. court house
  915 Lafayette Boulevard
    Bridgeport, Connecticut. 06604

And To:

    Henri Alexandre
    Asst. Attorney General
    110 Sherman street
    Hartford, Ct. 06105


    _____
    The plaintiff
    Felix Montanez, pro-se
    Helping Hand Center
    140 Noble Ave.
    Bridgeport, Ct. 06608



**HARTFORD HOSPITAL**
80 Seymour St. P.O. Box 5037
Hartford, CT 06102-5037



6814

```
76454131
MONTANEZ         FELIX
39 08/19/1966 M  MR#:2411401
ATN:ROBERTSON ,RUSSELL W  S82
01/31/06  PT:Q           CL: 65
PCP:ROSS ,JACK W         FC:G
```

## SURGICAL-SPECIALITY PRACTICE NOTES

Primary Care Provider: **CCC**    ALLERGIES: **Codeine PCN Bactrim**

Ent Clinic

1-31-06  39 y/o ♂ here for f/u after DC 1-22-06
12:30pm  c̄ (L) Neck abscess.                  T. 97.2

→ E. Mercado PCA

Doing well since discharge after I+D ℗ neck
abscess 1/18/06. Done c̄ Abx. C/o itchiness to
ears. Neck swelling + pain gone.

BRO, NKA
Tms intact B/L some [illegible] at ⓇEAC w/o
[illegible]
OC/OP clear, FOM soft
Neck incision well healed, no drainage
CLAN Full ROM

P/O well healed S/p I+D ℗ ⓒ neck abscess
- Cortisporin eardrops x 7 days
- Plan as needed

[signature]

Exhibit T