UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FELIX MONTANEZ | : | PRISONER. |
| V. | : | CIVIL NO. 3:02CV2308 (CFD) |
| V. SHIVY | : | |
| | | FEBRUARY 14, 2006 |

## MOTION TO REVISE SCHEDULING ORDER

The defendant moves to revise the scheduling and to grant him sixty days to file a motion for summary judgment. The defendant states as follows in support of this motion:

1. This case was originally assigned to Assistant Attorney General Kathleen Keating.

2. Attorney Keating has left the Office of the Attorney General and is currently working in another state.

3. Due to inadvertence, this file was not reassigned following the departure of Attorney Keating.

4. It has recently come to the attention of the undersigned, through a motion for default filed by the plaintiff, that this file was still active and needed to be reassigned.

5. Upon review of the file it became apparent that a scheduling order was entered on August 10, 2005, giving the defendant twenty days to file a motion to dismiss and or an answer to the complaint.

6. Moreover, the scheduling gave the defendant four months (120 days) to file a motion for summary judgment.

7. Due to failure to reassign the case, as stated above, these deadlines were missed.

Wherefore, the defendant respectfully requests that the scheduling order be revised to give the defendant sixty days to file an answer and a motion for summary judgment. Consent of the plaintiff has not been obtained.

>											DEFENDANT
>
>											V. SHIVY
>
>											RICHARD BLUMENTHAL
>											ATTORNEY GENERAL
>
>
>							BY:			__/s/_____
>											Henri Alexandre
>											Assistant Attorney General
>											Federal Bar No. 05412
>											110 Sherman Street
>											Hartford, CT  06105
>											Tel: (860) 808-5450
>											Fax: (860) 808-5591
>											E-Mail: Henri.alexandre@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 14th day of February 2006:

Felix Montanez
140 Noble Ave.
Bridgeport, CT  06608

>											__/s/_____
>											Henri Alexandre
>											Assistant Attorney General