UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Felix Montanez                              :
                                            :            PRISONER
    V.                                      :   DOCKET NO.3:02cv2308(CFD)(WIG)
                                            :
V. Shivy                                    :

SCHEDULING ORDER

The plaintiff has filed this Section 1983 complaint against the defendant. Preparation for trial should proceed at this time on claims in the complaint which have not been dismissed or withdrawn. **All discovery and further proceedings in this case are limited to this claim/these claims**.

Pursuant to Rule 16(c) of the Federal Rules of Civil Procedure, it is hereby ORDERED:

1. Defendant shall file any motions to dismiss for failure to state a claim under Fed. R. Civ. P. 12(b)(6), or motions to dismiss as frivolous under Title 28 U.S.C. Section 1915(e), or answer or other reply within 20 days from the date of this order . **Failure to respond to the complaint in a timely manner will result in the entry of default for failure to plead.**

2. All motions for summary judgment shall be filed within 2 months (60 days) from the date of this order.

3. Pursuant to Local Civil Rule 7(a), a non-moving party must respond to a dispositive motion within 21 days of the date the motion was filed. If no response is filed, or the response is not timely, the court will consider the motion to be unopposed and may grant the motion. If the motion is granted, the complaint will be dismissed as to all defendants, appearing and non-appearing and the case will be closed. The case will **not** proceed to trial.

SO ORDERED this __1st__ day of March, 2006, at Bridgeport, Connecticut.

/s/ William I. Garfinkel
U.S. Magistrate Judge