UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FELIX MONTANEZ | :    PRISONER. |
| V. | :    CIVIL NO. 3:02CV2308 (CFD) |
| V. SHIVY | : |
| |     FEBRUARY 22, 2006 |

### STIPULATION OF DIMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1) the parties hereby stipulate to the dismissal of this matter with prejudice and without cost and without an award of costs.

DEFENDANT

V. SHIVY

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Henri Alexandre
Assistant Attorney General
Federal Bar No. 05412
110 Sherman Street
Hartford, CT 06105
Tel: (860) 808-5450
Fax: (860) 808-5591
E-Mail: Henri.alexandre@po.state.ct.us

PLAINTIFF

_____
Felix Montanez
Helping Hands Center
140 Noble Avenue
Bridgeport, CT 06608

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this _1st_ day of _March_ 2006:

Felix Montanez
140 Noble Ave.
Bridgeport, CT 06608

Henri Alexandre
Assistant Attorney General